# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:25-CR-00233(1)-ADA |
| | § § | |
| (1) CHRISTOPHER ALLAN KENNEDY | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 30, 2025, wherein the defendant (1) CHRISTOPHER ALLAN KENNEDY waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) CHRISTOPHER ALLAN KENNEDY to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) CHRISTOPHER ALLAN KENNEDY's plea of guilty to Count One (1) is accepted.

Signed this 13th day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE